|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| ... |     |

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SERGIO OSCAR LAZARO<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, COUNTRYWIDE HOMES LOANS SERVICING LP, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV08-7196 R (Ex)<br><br>Related Group Control No. SACV 08-7196-AHM(Ex)<br><br>**JUDGMENT AWARDING RECONTRUST COMPANY, N.A. ITS ATTORNEYS' FEES AND COSTS AGAINST M.W. ROTH PLC AND/OR MITCHELL W. ROTH, ESQ.** |
| In the Matter of Transfer of Mortgage Foreclosure Cases Filed By Attorney Mitchell W. Roth | [Assigned for all purposes to Hon. Manuel L. Real]<br>Dept. 8 |

IR01DOCS399245.1

PROPOSED JUDGMENT

1    On March 31, 2009, this Court ordered M.W. Roth PLC and/or attorney Mitchell Roth are to jointly and severally pay all attorneys' fees incurred by Defendant in defending this action. (Document No. 28.)

   After consideration of the declaration submitted by counsel regarding the amount of attorneys' fees and costs incurred, judgment is hereby entered in favor of ReconTrust Company, N.A. and against M.W. Roth, PLC and/or Mitchell W. Roth, Esq., jointly and severally, in the amount of $9,842.79.

   IT IS SO ORDERED.

Dated:  April 6, 2009

_____
Manuel L. Real, District Court Judge
United States District Court
Central District of California

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414